UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CH-3038
PHELAN HALLINAN & SCHMIEG, PC
By: Jennifer Novick
400 Fellowship Road, Suite 100
Mt. Laurel, New Jersey 08054-3422
(856)-813-5500
Attorneys for Chase Home Finance, LLC

Order Filed on
6/23/2006
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Tony Robinson
PatriciaDove Robinson

Case No.: 05-21475MS

Hearing Date: May 22, 2006

Judge: Morris Stern

## SUPPLEMENTAL ORDER REINSTATING THE CHAPTER 13 CASE

The order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: 6/23/2006**

Honorable Morris Stern
United States Bankruptcy Judge

**CH-3038**
PHELAN HALLINAN & SCHMIEG, PC
By: Jennifer Novick JN2743
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054-3422
(856) 813-5500
<u>Attorneys for Chase Home Finance, LLC</u>

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| TONY ROBINSON | : CASE NO. 05-21475MS |
| PATRICIA DOVE ROBINSON | :**SUPPLEMENTAL ORDER REINSTATING THE** |
| Debtor(s). | :**CHAPTER 13 BANKRUPTCY CASE** |
| | : Returnable: May 22, 2006 |

THIS MATTER being opened to the Court by Brad M Micklin, Esquire, attorney for the debtor on a Notice of Motion to Reinstate the Chapter 13 Case and same being opposed by Phelan Hallinan & Schmieg, PC, attorneys for Chase Home Finance, LLC, and the debtor(s) being in arrears to said creditor and wishing to cure said arrears as to property located at 31 Fern Avenue, Irvington, New Jersey 07111;

ORDERED, that the Chapter 13 Case is hereby Reinstated.

It is further ORDERED, that beginning June 1, 2006 and on the first day of every month through and including November 2006, the debtor shall tender the sum of $774.07 per month to cure post-petition arrears in the amount of $4,644.44 (February 2006-May 2006 4 payments @ $1,1161.11).

It is further ORDERED, that the debtor(s) commence making the regular monthly post-petition mortgage payment with the payment due June 1, 2006, which is subject to change in

*Approved by Judge Morris Stern June 23, 2006*

accordance with the terms of the note and mortgage, in addition to any other payment provided for herewith.

It is further ORDERED, that all payments referenced in this order and all subsequent payments made during this bankruptcy are to be forwarded to the following address:

> Chase Home Finance, LLC
> ATTN: Department G7-PP
> 3415 Vision Drive
> Columbus, OH 43219

It is further ORDERED, that a counsel fee in the amount of two hundred and fifty 00/100 ($250.00) dollars shall be paid by the debtor(s), said payment shall be made inside the debtor(s) Chapter 13 Plan.

In the event the debtor(s) fails to make a payment called for in this Order within thirty (30) days of its due date, the secured creditor may submit a certification of default and a proposed order for relief from the automatic stay and Relief from the Stay Prospectively to the court and serve a copy of such certification of default upon the debtor(s) and their counsel. Ten days after receipt of a certification of default, the court will enter an order granting the secured party relief from the automatic stay and Relief from the Stay Prospectively unless the debtor(s) has filed an objection to the certification of default specifying reasons for the objection; in which case the court will set a hearing on the objection. The above referenced thirty day (30) default provision does <u>not</u> apply to any immediate payments under the terms of this Order.

It is further ORDERED, that in the event debtor's case is dismissed, this Order shall be effective as a Prospective Order for Relief from the Automatic Stay so that any further filings by the debtor will not affect the right of the movant to proceed with its state law remedies as to the subject property up to and including eviction proceedings.

*Approved by Judge Morris Stern June 23, 2006*